1  Angela Alioto (SBN 130328)
   Stephen L. Robinson (SBN 116146)
2  LAW OFFICES OF JOSEPH L. ALIOTO AND
   ANGELA ALIOTO
3  700 Montgomery Street
   San Francisco, CA  94111
4  Tel:  (415) 434-8700
   Fax: (415) 438-4638
5
   OF COUNSEL
6  Jody A. Meisel
   LAW OFFICES OF JODY MEISEL
7  2632 Larkin Street, Suite O
   San Francisco, CA 94109
8  Tel: (415) 563-2688
   Fax: (415) 884-2790
9
   Attorneys for Plaintiff
10 TABITHA TOTAH

11 Michele Ballard Miller (SBN 104198)
       mbm@millerlawgroup.com
12 Janine S. Simerly (SBN 102361)
       jss@millerlawgroup.com
13 Lisa C. Hamasaki (SBN 197628)
       lch@millerlawgroup.com
14 Jennifer Cotner (SBN 255785)
       jrc@millerlawgroup.com
15 MILLER LAW GROUP
   A Professional Corporation
16 111 Sutter Street, Suite 700
   San Francisco, CA 94104
17 Tel. (415) 464-4300
   Fax (415) 464-4336
18
   Attorneys for Defendant
19 LUCASFILM ENTERTAINMENT COMPANY LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH,<br><br>           Plaintiff(s),<br><br>v.<br><br>LUCASFILM ENTERTAINMENT COMPANY, LTD., Does 1-20,<br><br>           Defendant(s). | Case No.: C 09-4051 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE** |

1 | WHEREAS, on November 20, 2009, the Court entered an Order Selecting ADR Process (the "Order") based on a Stipulation by the parties, setting a deadline of 90 days from the date of the Order, or February 18, 2010, to complete mediation;

WHEREAS, the parties had a conference with the Court-appointed mediator, Eileen Barker, and agreed to schedule the mediation on March 17, 2010, this being a date all parties were available for mediation;

WHEREAS, the trial in this case is scheduled for February 7, 2011, so this short extension of the deadline to complete mediation will not cause any undue delay to these proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys of record, that the deadline to complete mediation in this case be extended one month, or until March 18, 2010.

**IT IS SO STIPULATED.**

Dated: ~~December~~ January 5, 2010

MILLER LAW GROUP
A Professional Corporation

By: *Janine S. Simerly*
Janine S. Simerly
Attorneys for Defendant
LUCASFILM ENTERTAINMENT COMPANY LTD.

Dated: December 31, 2009

LAW OFFICES OF JODY A. MEISEL

By: *Jody A. Meisel*
Jody A. Meisel
Attorneys for Plaintiff
TABITHA TOTAH

2

**ORDER**

Having reviewed the Stipulation executed by Plaintiff TABITHA TOTAH and Defendant LUCASFILM ENTERTAINMENT COMPANY, LTD., and good cause appearing, the Court hereby orders that the deadline to complete mediation in this case be extended one month, or until March 18, 2010.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
The Honorable Maxine M. Chesney
United States District Judge

4826-6913-2293, v. 1