1  Janine S. Simerly (SBN 102361)
        jss@millerlawgroup.com
2  Lisa C. Hamasaki (SBN 197628)
        lch@millerlawgroup.com
3  Jennifer Cotner (SBN 255785)
        jrc@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant
8  LUCASFILM ENTERTAINMENT COMPANY LTD.

9  Angela Alioto (SBN 130328)
   LAW OFFICES OF JOSEPH L. ALIOTO AND
10 ANGELA ALIOTO
   700 Montgomery Street
11 San Francisco, CA 94111
   Tel: (415) 434-8700
12 Fax: (415) 438-4638

13 Of Counsel:
   Jody A. Meisel (SBN 109610)
14 Law Offices of Jody A. Meisel
   2632 Larkin Street, Suite O
15 San Francisco, CA 94109
   Tel: (415) 563-2688
16 Fax: (415) 884-2790

17 Attorneys for Plaintiff
   TABITHA TOTAH

18
                    UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20

21 TABITHA TOTAH,                          Case No.: C 09-04051 MMC

22              Plaintiff(s),
                                           **STIPULATION AND ~~PROPOSED~~ ORDER**
23 v.                                      **RE DISMISSAL OF FIRST, SECOND AND**
                                           **TENTH CAUSES OF ACTION**
24

25 LUCASFILM ENTERTAINMENT COMPANY,
   LTD., Does 1-20,
26
                Defendant(s).
27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED as follows by and between the parties hereto through their undersigned counsel:

1.    The parties hereto agree to the dismissal of Plaintiff's First Cause of Action for Employment Discrimination –Wrongful Termination –Ancestry (FEHA); Second Cause of Action for  Employment Discrimination –Wrongful Termination –Ancestry (Title VII) and Tenth Cause of Action for Wrongful Termination in Violation of Public Policy (Common Law) in the Complaint filed on July 30, 2009 in San Francisco Superior Court and removed to this Court on September 1, 2009.

2.    All parties who subsequently appear in this case will be subject to this Order.

**IT IS SO STIPULATED.**

Dated: April 13, 2010

MILLER LAW GROUP
A Professional Corporation


By: Janine Simerly
Janine Simerly
Attorneys for Defendant
LUCASFILM ENTERTAINMENT
COMPANY LTD.

Dated: April 12, 2010

LAW OFFICES OF JOSEPH L. ALIOTO AND
ANGELA ALIOTO

LAW OFFICES OF JODY A. MEISEL

By: Jody Meisel
Jody Meisel
Attorneys for Plaintiff
TABITHA TOTAH

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Specifically, the First, Second, and Tenth Causes of Action are hereby DISMISSED.

Dated: <u>April 14, 2010</u>



The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA