**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCASFILM ENTERTAINMENT COMPANY LTD.,<br><br>    Defendant.                                    / | No. C 09-4051 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL** |

   Pursuant to Civil Local Rule 72-1, defendant's Motion to Compel Deposition Testimony, for Additional Time for Examination and for Sanctions, filed July 8, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

   Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

   The August 13, 2010 hearing before the Honorable Maxine M. Chesney is VACATED.

   **IT IS SO ORDERED**.

Dated: July 12, 2010

/s/ Vaughn R Walker
_____
VAUGHN R WALKER for
MAXINE M. CHESNEY
United States District Judge