Angela Alioto (SBN 130328)
Stephen L. Robinson (SBN 116146)
   *cmartinez@AliotoLawOffices.com*
LAW OFFICES OF JOSEPH L. ALIOTO AND
ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA  94111
Tel:  (415) 434-8700
Fax: (415) 438-4638

Jody A. Meisel (SBN109610)
   *meiseljody@aol.com*
LAW OFFICES OF JODY MEISEL
2632 Larkin Street, Suite O
San Francisco, CA 94109
Tel: (415) 563-2688
Fax: (415) 884-2790

Attorneys for Plaintiff
TABITHA TOTAH

Janine S. Simerly (SBN 102361)
   *jss@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
   *lch@millerlawgroup.com*
Jennifer Cotner (SBN 255785)
   *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
LUCASFILM ENTERTAINMENT COMPANY LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TABITHA TOTAH,<br><br>        Plaintiff(s),<br><br>v.<br><br>LUCASFILM ENTERTAINMENT COMPANY, LTD., Does 1-20,<br><br>        Defendant(s). | Case No.: C 09-4051 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE**<br><br>Complaint filed:  July 30, 2009<br>Trial Date:     February 7, 2011 |

WHEREAS, on December 11, 2009, the Court issued a Pretrial Preparation Order, setting the non-expert discovery cutoff as August 27, 2010;

WHEREAS, the depositions of Howard Roffman, Tom Quinn and Bryan Walsh were timely noticed by Plaintiff's counsel before the discovery cutoff;

WHEREAS, the parties have met and conferred and have been unable to set a date before the August 27, 2010 non-expect discovery cutoff in which counsel and the deponents are available to conduct these depositions, but anticipate they can complete the depositions in September 2010;

WHEREAS, the trial in this case is not scheduled to begin until February 7, 2011, so this short 30-day extension of the deadline to complete non-expert discovery will not cause any undue delay to these proceedings;

WHEREAS, no extensions of the non-expert discovery deadline set in the Pretrial Preparation Order have previously been requested in this case;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys of record, that the non-expert discovery cutoff in this case be extended from August 27, 2010 to September 27, 2010, solely for the purpose of conducting the depositions of Howard Roffman, Tom Quinn and Bryan Walsh.

1 **IT IS SO STIPULATED.**

2

3 Dated: August 16, 2010					MILLER LAW GROUP
											A Professional Corporation

4

5

6								By: _____/s/_____
											Janine S. Simerly

7											Attorneys for Defendant
											LUCASFILM ENTERTAINMENT

8											COMPANY LTD.

9

10 Dated: August 16, 2010					LAW OFFICES OF JODY A. MEISEL

11

12								By: _____/s/_____
											Jody A. Meisel

13											Attorneys for Plaintiff
											TABITHA TOTAH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Having reviewed the Stipulation executed by Plaintiff TABITHA TOTAH and Defendant LUCASFILM ENTERTAINMENT COMPANY LTD., and good cause appearing, the Court hereby orders that the non-expert discovery cutoff in this case be extended from August 27, 2010 to September 27, 2010 solely for the purpose of conducting the depositions of Howard Roffman, Tom Quinn and Bryan Walsh.

**IT IS SO ORDERED.**

Dated: August 23, 2010

_____
The Honorable Maxine M. Chesney
United States District Judge

4836-2082-8679, v. 1