UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TABITHA TOTAH,<br><br>    Plaintiff,<br>  v.<br>LUCASFILM ENTERTAINMENT CO.,<br><br>    Defendant.<br>_____/ | No. C 09-4051 MMC (MEJ)<br><br>**ORDER RE: SANCTIONS JOINT LETTER** |

The Court is in receipt of the parties' joint letter regarding whether either party should be sanctioned for the costs and fees for preparing or opposing Lucasfilm's motion to compel. (Dkt. #48.) However, pursuant to the undersigned's discovery standing order, any request for sanctions must be in the form of a motion pursuant to Federal Rule 37 and Civil Local Rules 7 and 37-3. Accordingly, the Court shall not consider the parties' letter.

**IT IS SO ORDERED.**

Dated: September 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge