Angela Alioto (SBN 130328)
Stephen L. Robinson (SBN 116146)
LAW OFFICES OF JOSEPH L. ALIOTO AND
ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA  94111
Tel:  (415) 434-8700
Fax: (415) 438-4638

OF COUNSEL
Jody A. Meisel
    meiseljody@aol.com
LAW OFFICES OF JODY MEISEL
2632 Larkin Street, Suite O
San Francisco, CA 94109
Tel: (415) 563-2688
Fax: (415) 884-2790

Attorneys for Plaintiff
TABITHA TOTAH

Janine S. Simerly (SBN 102361)
    jss@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
    lch@millerlawgroup.com
Jennifer Cotner (SBN 255785)
    jrc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
LUCASFILM ENTERTAINMENT COMPANY LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH,<br><br>                    Plaintiff(s),<br><br>v.<br><br>LUCASFILM ENTERTAINMENT COMPANY LTD., Does 1-20,<br><br>                    Defendant(s). | Case No.: C 09-4051 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY DEADLINES** |

1

WHEREAS, on December 11, 2009, the Court issued a Pretrial Preparation Order, setting the last day to designate experts and exchange reports as September 17, 2010, the last day to designate rebuttal experts and exchange reports as October 1, 2010, and the expert discovery cutoff as October 22, 2010;

WHEREAS, the parties have agreed that Defendant is entitled to take a psychiatric independent medical examination ("IME") of Plaintiff;

WHEREAS, the parties cannot agree as to the total amount of time to be allotted for said IME;

WHEREAS, the parties have submitted joint letters to Magistrate Judge Maria-Elena James on this matter pursuant to this Court's Notice of Reference for Purposes of Discovery and Magistrate Judge James' Standing Order Regarding Discovery and Dispute Procedures;

WHEREAS, because of recently obtained temporary employment, Plaintiff is not available for an IME except on weekends for the next two months;

WHEREAS, Defendant's forensic psychiatrist is not available on weekends;

WHEREAS, the trial in this case is not scheduled to begin until February 7, 2011, so this short extension of the deadlines to complete expert discovery will not cause any undue delay to these proceedings;

WHEREAS, no extensions of the expert discovery deadlines set in the Pretrial Preparation Order have previously been requested in this case;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys of record, that the last day to designate experts and exchange reports be extended until November 19, 2010, the last day to designate rebuttal experts and exchange reports be extended to December 3, 2010, and the expert discovery cutoff be extended to December 24, 2010.

**IT IS SO STIPULATED.**

Dated:  August 31, 2010

MILLER LAW GROUP
A Professional Corporation

By: _____/s/_____

Janine S. Simerly
Attorneys for Defendant
LUCASFILM ENTERTAINMENT
COMPANY LTD.

Dated:  August 30, 2010

LAW OFFICES OF JODY A. MEISEL

By: _____/s/_____

Jody A. Meisel
Attorneys for Plaintiff
TABITHA TOTAH

## ORDER

Having reviewed the Stipulation executed by Plaintiff TABITHA TOTAH and Defendant LUCASFILM ENTERTAINMENT COMPANY LTD., and good cause appearing, the Court hereby orders that the last day to designate experts and exchange reports be extended until November 19, 2010, the last day to designate rebuttal experts and exchange reports be extended to December 3, 2010, and the expert discovery cutoff be extended to December 24, 2010.

All other dates, including the dispositive motion filing deadline, remain as set in the Pretrial Preparation Order, filed December 11, 2009.

**IT IS SO ORDERED.**

Dated: <u>September 2, 2010</u>

_____
The Honorable Maxine M. Chesney
United States District Judge

4829-0453-8119, v. 1

---

4

**[PROPOSED] ORDER REGARDING EXPERT DISCOVERY DEADLINES**
**Case No.: C 09-4051 MMC**