IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH,<br><br>    Plaintiff(s),<br><br>v.<br><br>LUCASFILM ENTERTAINMENT COMPANY LTD., Does 1-20,<br><br>    Defendant(s).<br>_____/ | No. C-09-4051 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 72-2** |

Before the Court is defendant's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Pursuant to Local Rule 72-2 ("Motion"), filed October 8, 2010, by which defendant seeks "only to preserve its objections" to Magistrate Judge Maria-Elena James's order of September 24, 2010 (see Mot. at 4:5-7) and is "not seeking affirmative relief from [said] [o]rder at this time" (see id. 4:4-5). Rather, defendant "is in the process of seeking clarification and/or a [p]rotective [o]rder" from the Magistrate Judge. (See id. at 3:18-20.) Given such circumstances, defendant's Motion is premature, as no relief is sought thereby.

Accordingly, defendant's Motion is hereby DENIED without prejudice to refiling after Magistrate Judge James has ruled on defendant's motion for clarification and/or a protective order, should such motion be filed.

**IT IS SO ORDERED.**

Dated: October 13, 2010

                                                  MAXINE M. CHESNEY
                                                  United States District Judge