Janine S. Simerly (SBN 102361)
  jss@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
  lch@millerlawgroup.com
Jennifer Cotner (SBN 255785)
  jrc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
LUCASFILM ENTERTAINMENT COMPANY LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH,<br><br>  Plaintiff(s),<br><br>v.<br><br>LUCASFILM ENTERTAINMENT COMPANY LTD., Does 1-20,<br><br>  Defendant(s). | Case No.: C 09-4051 MMC<br><br>[~~PROPOSED~~] ORDER DENYING PLAINTIFF'S MOTION FOR ADDITIONAL PAGES TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ SUMMARY ADJUDICATION<br><br>Honorable Maxine M. Chesney<br><br>Complaint filed: July 30, 2009<br>Trial date: February 7, 2011 |

Plaintiff TABITAH TOTAH filed a Motion for Additional Pages to Respond to Defendant's Motion for Summary Judgment/Summary Adjudication (the "Motion").

/ / /

/ / /

/ / /

1  After full consideration of all papers and evidence submitted by the parties
2  both in support of and opposition to the Motion, and all other matters presented to this
3  Court, **IT IS HEREBY ORDERED**, the Motion is hereby **DENIED.**

Dated: November 4, 2010

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

4852-2847-7191, v. 1