United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH | No. C-09-4051 MMC |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF** |
| v. | |
| LUCASFILM ENTERTAINMENT COMPANY LTD., Does 1-20, | |
| Defendant(s). | |

Before the Court is plaintiff Tabitha Totah's Request for Administrative Relief ("Request"), filed October 29, 2010, by which plaintiff seeks a one-week extension to file opposition to defendant Lucasfilm's Entertainment Company Ltd.'s motion for summary judgment. Defendant has filed opposition to plaintiff's Request.

For the reasons discussed with the parties at the Case Management Conference conducted today's date, and, in particular, the scheduling difficulties presented by an extension, the Request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 5, 2010

MAXINE M. CHESNEY
United States District Judge