Janine S. Simerly (SBN 102361)
    jss@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
    lch@millerlawgroup.com
Jennifer Cotner (SBN 255785)
    jrc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
LUCASFILM ENTERTAINMENT COMPANY LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH,<br><br>          Plaintiff(s),<br><br>v.<br><br>LUCASFILM ENTERTAINMENT COMPANY LTD., Does 1-20,<br><br>          Defendant(s). | Case No.: C 09-4051 MMC<br><br>**[PROPOSED]** ORDER DENYING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SUBMIT HUMAN RESOURCES' EXPERT RULE 26 REPORT<br><br>Honorable Maxine M. Chesney<br><br>Complaint filed: July 30, 2009<br>Trial date: February 7, 2011 |

Plaintiff TABITAH TOTAH filed a Motion for Additional Time to Submit Human Resources' Expert Rule 26 Report Pursuant to Northern District Local Rule 7-11 and Judge Chesney's Standing Order No. 7 (the "Motion").

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SUBMIT HUMAN RESOURCES' EXPERT RULE 26 REPORT – Case No.: C 09-4051 MMC

After full consideration of all papers and evidence submitted by the parties both in support of and opposition to the Motion, and all other matters presented to this Court, and for the reasons stated by defendants, **IT IS HEREBY ORDERED**, the Motion is hereby **DENIED.**

Dated: November 22, 2010

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

4820-8046-1832, v. 1