IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TABITHA TOTAH,

        Plaintiff,

v.

LUCASFILM ENTERTAINMENT COMPANY, LTD, Does 1-20,

        Defendants.

No. CV-09-4051 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** Lucasfilm's motion for summary judgment is hereby GRANTED.

Dated: December 16, 2010

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk