IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA TOTAH<br><br>    Plaintiff(s),<br><br>  v.<br><br>LUCASFILM ENTERTAINMENT COMPANY LTD., Does 1-20,<br><br>    Defendant(s). / | No. C-09-4051 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

      On January 13, 2011, plaintiff Tabitha Totah ("Totah") electronically filed a motion for reconsideration of the Court's order granting summary judgment for defendant Lucasfilm Entertainment Company Ltd.  Totah violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Totah is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of her motion.  Totah is hereby advised that if she fails in the future to comply with the Court's Standing Order to

provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 21, 2011

MAXINE M. CHESNEY
United States District Judge